A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Nov 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 22, 2009

FILED
CLERK'S OFFICE

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-40)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy 3 sheet(s)
of the record in my custody.
CERTIFIED Nov. 13, 2009
Richard D. Sletten, Clerk
BY: Deputy Clerk

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION          MDL No. 1905

SCHEDULE CTO-40 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 6 09-2099 | Jackie McCoy, etc. v. Medtronic, Inc., et al.   09-3236 RHK/JSM |
| **CALIFORNIA CENTRAL** | |
| CAC 2 09-7351 | Joe Padilla, et al. v. Metronic, Inc., et al.   09-3237 RHK/JSM |
| CAC 2 09-7352 | Doris Herrera, et al. v. Medtronic, Inc., et al.   09-3238 RHK/JSM |
| **CALIFORNIA NORTHERN** | |
| CAN 3 09-4864 | David Adams, et al. v. Medtronic, Inc.   09-3239 RHK/JSM |
| CAN 3 09-4912 | Christine Modica, et al. v. Medtronic, Inc., et al.   09-3240 RHK/JSM |
| **ILLINOIS NORTHERN** | |
| ILN 1 09-6468 | Francis Biedron v. Medtronic, Inc., et al.   09-3241 RHK/JSM |
| **ILLINOIS SOUTHERN** | |
| ILS 3 09-872 | Lawrence Brown, et al. v. Medtronic, Inc., et al.   09-3242 RHK/JSM |
| ILS 3 09-873 | Dexter Crumpler v. Medtronic, Inc., et al.   09-3243 RHK/JSM |
| **KANSAS** | |
| KS 2 09-2512 | Rickey S. Schulz v. Medtronic, Inc., et al.   09-3244 RHK/JSM |
| **MICHIGAN EASTERN** | |
| MIE 2 09-14070 | Kirk P. Alford v. Medtronic, Inc., et al.   09-3245 RHK/JSM |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 09-618 | Mary McNulty, et al. v. Medtronic, Inc., et al.   09-3246 RHK/JSM |
| **NEW JERSEY** | |
| NJ 1 09-5245 | Monica Morrison v. Medtronic, Inc., et al.   09-3247 RHK/JSM |
| NJ 1 09-5249 | Phillip Mathis, et al. v. Medtronic, Inc., et al.   09-3248 RHK/JSM |
| **NEW YORK EASTERN** | |
| NYE 1 09-4343 | Sandra Knox, etc. v. Medtronic, Inc., et al.   09-3249 RHK/JSM |

**MDL No. 1905 - Schedule CTO-40 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 09-2328 | Tametta Shields, etc. v. Medtronic, Inc., et al. | 09-3250 RHK/JSM |
| OHN 1 09-2381 | Carol Szabo, etc. v. Medtronic, Inc., et al. | 09-3251 RHK/JSM |
| OHN 3 09-2305 | Amy L. Papesh, et al. v. Medtronic, Inc., et al. | 09-3252 RHK/JSM |
| OHN 3 09-2330 | Alice H. Yaney, etc. v. Medtronic, Inc., et al. | 09-3253 RHK/JSM |
| OHN 4 09-2380 | Helen Polinsky, etc. v. Medtronic, Inc., et al. | 09-3254 RHK/JSM |
| OHN 5 09-2172 | Elaine Mae Hilliard, etc. v. Medtronic, Inc., et al. | 09-3255 RHK/JSM |
| OHN 5 09-2307 | Donna Austin, etc. v. Medtronic, Inc., et al. | 09-3256 RHK/JSM |
| OHN 5 09-2309 | Amy L. Papesh, etc. v. Medtronic, Inc., et al. | 09-3257 RHK/JSM |
| OHN 5 09-2324 | Michael C. Parham, etc. v. Medtronic, Inc., et al. | 09-3258 RHK/JSM |
| OHN 5 09-2327 | Rick Tallman, etc. v. Medtronic, Inc., et al. | 09-3259 RHK/JSM |
| **OHIO SOUTHERN** | | |
| OHS 1 09-727 | Amy L. Papesh, et al. v. Medtronic, Inc., et al. | 09-3260 RHK/JSM |
| OHS 1 09-731 | Carolyn Good, etc. v. Medtronic, Inc., et al. | 09-3261 RHK/JSM |
| OHS 2 09-881 | Kimberly King, etc. v. Medtronic, Inc., et al. | 09-3262 RHK/JSM |
| OHS 2 09-888 | Sharon Smith, etc. v. Medtronic, Inc., et al. | 09-3263 RHK/JSM |
| OHS 3 09-378 | Martha C. Ramsey, etc. v. Medtronic, Inc., et al. | 09-3264 RHK/JSM |
| OHS 3 09-380 | Lucille Taylor, etc. v. Medtronic, Inc., et al. | 09-3265 RHK/JSM |
| OHS 3 09-381 | Phyllis Bell, etc. v. Medtronic, Inc., et al. | 09-3266 RHK/JSM |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 09-618 | Sandra Kerr v. Medtronic, Inc., et al. | 09-3267 RHK/JSM |
| OKN 4 09-619 | David Shorten, et al. v. Medtronic, Inc., et al. | 09-3268 RHK/JSM |
| **OKLAHOMA WESTERN** | | |
| OKW 5 09-1124 | Geneva Touchet, etc. v. Medtronic, Inc., et al. | 09-3269 RHK/JSM |
| **PUERTO RICO** | | |
| PR 3 09-2070 | Stephen Allman, et al. v. Medtronic, Inc., et al. | 09-3270 RHK/JSM |
| **TEXAS EASTERN** | | |
| TXE 2 09-306 | Norwood Koepsel, et al. v. Medtronic, Inc., et al. | 09-3271 RHK/JSM |
| TXE 2 09-311 | Kevin Koch, etc. v. Medtronic, Inc., et al. | 09-3272 RHK/JSM |
| **TEXAS SOUTHERN** | | |
| TXS 4 09-3176 | Jack Craig McGhee v. Medtronic, Inc., et al. | 09-3273 RHK/JSM |
| TXS 4 09-3185 | Jessica C. Buchholz, et al. v. Medtronic, Inc., et al. | 09-3275 RHK/JSM |
| TXS 4 09-3209 | Beverly J. Buchanan, et al. v. Medtronic, Inc., et al. | 09-3276 RHK/JSM |
| TXS 4 09-3291 | Martin Farrell, et al. v. Medtronic, Inc., et al. | 09-3277 RHK/JSM |
| TXS 4 09-3292 | Rosalie Gail Peterson, et al. v. Medtronic, Inc., et al. | 09-3279 RHK/JSM |
| TXS 4 09-3304 | Elmore Herman Borchers, Jr. v. Medtronic, Inc., et al. | 09-3281 RHK/JSM |
| TXS 4 09-3317 | Eva Estella Rouse v. Medtronic, Inc., et al. | 09-3283 RHK/JSM |
| TXS 4 09-3319 | Michael R. Misciagna v. Medtronic, Inc., et al. | 09-3284 RHK/JSM |
| TXS 4 09-3347 | Rhonda Wade v. Medtronic, Inc., et al. | 09-3285 RHK/JSM |